1 Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
2 Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
3 **ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
4 P.O. Box 17933
San Diego, CA 92177-0933
5 Telephone: (858) 750-7600
Facsimile: (619) 590-1385
6
Attorneys for
7 U.S. Bank National Association, as Indenture
Trustee for Citigroup Mortgage Loan Trust 2006-
8 AR1, Mortgage-Backed Notes, Series 2006-AR1

9

10

11 **UNITED STATES BANKRUPTCY COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

13 | Case No. 12-40476-CN

In re

14 | Chapter 13

TYRONE GUS CHENEVERT AND
15 CASSANDRA LAJETTA CHENEVERT, | R.S. No. ALG-354

16 Debtors. | **MOTION FOR RELIEF FROM
AUTOMATIC STAY**
17
18 | **Hearing:**
Date: November 18, 2016
19 Time: 10:00 a.m.
Place: 215
20 1300 Clay Street
Oakland, CA 94612
21

22     U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust

23 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1 ("Movant or Creditor") [1] will and hereby

24 does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy

25 Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to

26 ------------------------------------
[1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive
service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding
27 Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite,
LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent
28 for purposes of service under Fed. R. Bankr. P. 7004.

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Movant and the real property located at 657 S. 29th Street, Richmond, California 94804 ("Property").

Debtors executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

ALDRIDGE PITE, LLP


Dated: October 25, 2016

/s/ Arnold L. Graff
ARNOLD L. GRAFF
Attorneys for Movant U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1

Case: 12-40476    Doc# 32    Filed: 10/25/16    Entered: 10/25/16 13:39:28    Page 2 of 2