UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| In re: TYRONE GUS CHENEVERT AND CASSANDRA LAJETTA CHENEVERT,<br><br>Debtor(s) | Bankruptcy No.: 12-40476-CN<br>R.S. No.: ALG-354<br>Hearing Date: November 18, 2016<br>Time: 10:00 a.m. |

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: January 18, 2012 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default: $
No. of months:
Post-Petition Default: $
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 657 S. 29th Street, Richmond, California 94804

| Fair market value: $150,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

Approx. Bal. $356,663.86
As of (date): October 17, 2016
Mo. payment: $2,720.29
Notice of Default (date): None
Notice of Trustee's Sale: None

Pre-Petition Default: $125.83
No. of months: 0
Post-Petition Default: $10,364.88
No. of months: 4
Advances Senior Liens: $

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $356,663.86 | $2,720.29 | $10,490.71 |
| 2nd Trust Deed: Wells Fargo | $33,338.36 | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| Costs of Sale (8%) | $12,000.00 | $ | $ |
| | (Total) $402,002.22 | $2,720.29 | $10,490.71 |

(D) Other pertinent information:
[ x ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
[ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
    [ ] Loan modification: Debtor's request is pending.    [ ] Loan modification: Modification in trial period.
    [ ] Loan modification: No decision yet.    [ ] Loan modification: Denied in writing (attached hereto)

| Dated: October 25, 2016 | /s/ Arnold L. Graff<br>Signature<br>ARNOLD L. GRAFF<br>Print or Type Name<br>Attorney for U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage Loan Trust 2006-AR1, Mortgage-Backed Notes, Series 2006-AR1 |
|---|---|