

1  PATRICK L. FORTE, #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, #911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed November 10, 2016

5  Attorneys for Debtors

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 12-40476 CN** |
| **TYRONE GUS CHENEVERT and CASSANDRA LAJETTA CHENEVERT,** | **Chapter 13** |
| Debtors. | **ORDER APPROVING EX-PARTE MOTION ALLOWING DEBTORS TO COMPLETE SHORT SALE** |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion For Order Allowing Debtors to Complete Short Sale and good cause appearing;

**IT IS ORDERED** that the Debtors may complete the short sale of the real property located at 657 S. 29th Street, Richmond, CA 94804. The approval of the short sale is subject to all secured lenders approving the sale in writing.

***END OF ORDER***

**COURT SERVICE LIST**

'No physical service required'